UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMILIA D. WELLS,

    Plaintiff,

v.                                         CASE NO. 3:23-cv-91-HES-JBT

TRANSUNION, LLC, et al.,

    Defendants.
_____/

## O R D E R

The Magistrate Judge's Report and Recommendation (Dkt. 11) recommends Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. 7) be denied and the case be dismissed without prejudice. No objections were filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 11) is **ADOPTED**;

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. 7) is **DENIED**;

3. The Amended Complaint (Dkt. 6) is **DISMISSED without**

**prejudice**; and

    4. The Clerk will terminate all pending motions and close this file.

    **DONE AND ORDERED** at Jacksonville, Florida, this 15th day of May, 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Jamilia D. Wells, *Pro Se*

2